CHAD A. READLER
Acting Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY
Director, Office of Immigration Litigation,
District Court Section
SARAH L. VUONG
Senior Litigation Counsel
MARY L. LARAKERS
  Trial Attorney
  United States Department of Justice, Civil Division
  Office of Immigration Litigation, District Court Section
  P.O. Box 868, Ben Franklin Station
  Washington, DC 20044
  (202) 353-4419
  (202) 305-7000 (facsimile)
  mary.l.larakers@usdoj.gov

ATTORNEYS FOR RESPONDENTS

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDUARDO RALPH JUNQUEIRA,<br>*Petitioner,*<br><br>v.<br><br>STEVE SOUZA AND THOMAS M. HODGSON,<br>*Respondents.* | HON. MARK L. WOLF<br><br>*Civil Action No.* 18-cv-10307-MLW<br><br>**NOTICE OF APPEARANCE** |

Pursuant to L.R. 83.5.2, this is to Notice the appearance Mary L. Larakers, Trial Attorney, United States Department of Justice, Office of Immigration Litigation, District Court Section, in the above captioned case. Service of all notices in this case should be made upon:

>Mary L. Larakers
>Office of Immigration Litigation, District Court Section
>P.O. Box 868, Ben Franklin Station
>Washington, D.C. 20044
>Email: mary.l.larakers@usdoj.gov

DATED: February 23, 2018

Respectfully submitted,

CHAD READLER
Acting Assistant Attorney General

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation

SARAH L. VUONG
Senior Litigation Counsel

*/s/ Mary L. Larakers.*
MARY L. LARAKERS
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 353-4419
(202) 305-7000 (facsimile)
mary.l.larakers@usdoj.gov

ATTORNEYS FOR RESPONDENTS

## **PROOF OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was electronically served via CM/ECF on the 23rd day of February, 2018, to the following counsel of record for the Plaintiff:

Todd C. Pomerleau
One Center Plaza Suite 230
Boston, MA 02108
(617) 367-0077
tcp@rubinpom.com

/s/ *Mary L. Larakers*
MARY L. LARAKERS
Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice