UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDUARDO RALPH JUNQUEIRA,<br><br>Petitioner,<br><br>v.<br><br>STEVE SOUZA and,<br>THOMAS M. HODGSON.,<br><br>Respondents. | Civil Action No. 18-10307-MLW |

### PARTIES JOINT REPORT

Pursuant to this Court's Order of February 16, 2018 (Doc. 3), the parties have conferred and jointly report to this Court the following:

1. The parties have not reached an agreement to resolve this case.

2. The parties request further time to continue their discussions, and request a one-week extension of time to submit a proposed schedule for briefing.

Accordingly, the parties respectfully request that this Court enter an Order that the parties shall, by March 2, 2018, report, jointly if possible, but separately if necessary:

(a) Whether they request more time to continue their discussions.

(b) If not, propose a schedule for briefing and a subsequent hearing.

*In view of this report, it is hereby ORDERED that the parties further respond to paragraph 2 of the February 16, 2018 Order by 12:00 noon on March 2, 2018.*

*W.G.Y. D.J.*
*February 23, 2018*